

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ONE 1997 TOYOTA 4 RUNNER, VIN
JT3GN86V0045038,

    Defendant.
_____/

## COMPLAINT FOR FORFEITURE

Plaintiff, the United States of America, files this complaint for forfeiture in rem and states:

1.    This is a civil action for forfeiture in rem of One trailer attached to One 1997 Toyota 4 Runner, VIN JT3GN86V0045038 (hereinafter "defendant vehicle"). Jurisdiction is vested in this Court pursuant to 28 U.S.C. §§ 1331 and 1355.

2.    Venue lies in this district pursuant to 28 U.S.C. §1395, in that the defendant vehicle is located within the Southern District of Florida and will remain within the district during the pendency of these proceedings.

3.    The United States seeks forfeiture of the defendant vehicle pursuant to 21 U.S.C. § 881(a)(4) on grounds that the defendant vehicle is property which is used or intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of marijuana.

## STATEMENT OF PROBABLE CAUSE

4.   On or about June 20, 2001, Special Agents from the Drug Enforcement Agency ("DEA") seized seventy one and a half pounds (71.5) pounds of marijuana from Raul Herrera.

5.   Raul Herrera drove the defendant vehicle with the marijuana inside to the Mall of Americas parking lot in Miami, Florida, where he met with his co-conspirators.

6.   Raul Herrera was arrested and charged with marijuana trafficking and the vehicle seized as a conveyance which was used to transport marijuana pursuant to 21 U.S.C. § 881 (a)(4).

7.   By reason of the foregoing, the defendant vehicle is forfeit to the United States pursuant to 21 U.S.C. §§ 881 (a)(4) in that the defendant vehicle constitutes conveyance which was used, or intended for use to transport, or in any manner to facilitate the transportation, sale, receipt, possession or concealment of marijuana in violation of 21 U.S.C. § 841(a)(1).

**WHEREFORE**, Plaintiff, United States of America requests the Court to declare the defendant vehicle condemned and forfeit to the United States of America, and further requests the Court to direct any and all persons having any claim to the vehicle to file and serve their verified claims and answers as required by Rule C (6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Title 18 United States Code, Section 983 (a)(4)(A) and (B), or suffer default thereof, to declare the defendant property condemned and forfeit to the United States of America,

pursuant to Title 18, United States Code, Section 981 (a)(1), for disposition according to law; and to grant the United States such other further relief as the Court deems just and proper, together with costs and disbursements of this action.

        Respectfully submitted,

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
    LORNETTE A. REYNOLDS
    ASSISTANT U.S. ATTORNEY
    Fla. Bar No. 035955
    99 N.E. 4th Street
    Seventh Floor
    Miami, Florida 33132
    Tel: (305) 961-9294
    Fax: (305) 536-7599

## VERIFICATION

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury, that I have read the foregoing Complaint for Forfeiture In Rem and that the contents are true to the best of my knowledge and belief.

Executed on 6/5, 2002.

*[signature]*

BRIAN MCKNIGHT
SPECIAL AGENT, DEA

JS 44
(Rev. 12/96)

# CIVIL COVER SHEET

02-21691

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
ONE 1997 TOYOTA 4 RUNNER VIN JT3GN860045038

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  DADE
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Dade 02-21691 Civ-Kmm/O'Sullivan

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
LORNETTE A. REYNOLDS, AUSA
99 NE 4th Street, 7th Floor, Miami, Florida
(305) 961-9294

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE: (DADE), MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN X IN ONE BOX ONLY)

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | □ 1 | □ 1 | Incorporated or Principal Place of Business In This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business In Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| □ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | B□ 610 Agriculture | □ 422 Appeal 28 USC 158 | □ 400 State Reapportionment |
| □ 120 Marine | □ 310 Airplane | □ 362 Personal Injury - Med Malpractice | B□ 620 Other Food & Drug | □ 423 Withdrawal 28 USC 157 | □ 410 Antitrust |
| □ 130 Miller Act | □ 315 Airplane Product Liability | □ 365 Personal Injury - Product Liability | B[X] 625 Drug Related Seizure of Property 21 USC 881 | | □ 430 Banks and Banking |
| □ 140 Negotiable Instrument | □ 320 Assault, Libel & Slander | □ 368 Asbestos Personal Injury Product Liability | B□ 630 Liquor Laws | A PROPERTY RIGHTS | B□ 450 Commerce/ICC Rates/etc |
| □ 150 Recovery of Overpayment & Enforcement of Judgment | □ 330 Federal Employers Liability | | B□ 640 R R & Truck | □ 820 Copyrights | □ 460 Deportation |
| □ 151 Medicare Act | □ 340 Marine | PERSONAL PROPERTY | B□ 650 Airline Regs | □ 830 Patent | □ 470 Racketeer Influenced and Corrupt Organizations |
| B□ 152 Recovery of Defaulted Student Loans (Excl Veterans) | □ 345 Marine Product Liability | □ 370 Other Fraud | B□ 660 Occupational Safety/Health | □ 840 Trademark | □ 810 Selective Service |
| B□ 153 Recovery of Overpayment of Veteran's Benefits | □ 350 Motor Vehicle | □ 371 Truth in Lending | B□ 690 Other | | □ 850 Securities/Commodities/Exchange |
| □ 160 Stockholders Suits | □ 355 Motor Vehicle Product Liability | □ 380 Other Personal Property Damage | A LABOR | B SOCIAL SECURITY | □ 875 Customer Challenge 12 USC 3410 |
| □ 190 Other Contract | □ 360 Other Personal Injury | □ 385 Property Damage Product Liability | □ 710 Fair Labor Standards Act | □ 861 HIA (1395ff) | □ 891 Agricultural Acts |
| □ 195 Contract Product Liability | | | □ 720 Labor/Mgmt Relations | □ 862 Black Lung (923) | □ 892 Economic Stabilization Act |
| A REAL PROPERTY | A CIVIL RIGHTS | PRISONER PETITIONS | | □ 863 DIWC/DIWW (405(g)) | □ 893 Environmental Matters |
| □ 210 Land Condemnation | □ 441 Voting | B□ 510 Motions to Vacate Sentence | □ 730 Labor/Mgmt Reporting & Disclosure Act | □ 864 SSID Title XVI | □ 894 Energy Allocation Act |
| B□ 220 Foreclosure | □ 442 Employment | HABEAS CORPUS: | □ 740 Railway Labor Act | □ 865 RSI (405(g)) | □ 895 Freedom of Information Act |
| □ 230 Rent Lease & Ejectment | □ 443 Housing/ Accommodations | B□ 530 General | | FEDERAL TAX SUITS | □ 900 Appeal of Fee Determination Under Equal Access to Justice |
| □ 240 Torts to Land | □ 444 Welfare | A□ 535 Death Penalty | □ 790 Other Labor Litigation | A□ 870 Taxes (U S Plaintiff or Defendant) | □ 950 Constitutionality of State Statutes |
| □ 245 Tort Product Liability | □ 440 Other Civil Rights | B□ 540 Mandamus & Other | A□ 791 Empl Ret Inc Security Act | A□ 871 IRS - Third Party 26 USC 7609 | □ 890 Other Statutory Actions |
| □ 290 All Other Real Property | | B□ 550 Civil Rights | | | A OR B |
| | | B□ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

LENGTH OF TRIAL
via 2 days estimated (for both sides to try entire case)

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION
□ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  □ YES  □ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE  6/6/02

SIGNATURE OF ATTORNEY OF RECORD
LORNETTE A. REYNOLDS, AUSA  /s/ Lornette A. Reynolds

FOR OFFICE USE ONLY

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____